PROB 12B
(06/15)

United States District Court
Southern District of Texas

**ENTERED**

October 13, 2022

Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT

## for the

## SOUTHERN DISTRICT OF TEXAS

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | | |
|---|---|---|
| Name of Offender: | James Francis Sampsell | Case Number: | 4:12CR00272-036 |

Name of Sentencing Judge:    The Honorable  Sim Lake

Date of Original Sentence:    December 9, 2014

Original Offense:    Conspiracy to participate in a racketeering enterprise, namely, multiple acts involving murder, arson, kidnapping, robbery, and narcotics trafficking in violation of 18   U.S.C. § 1962(d)

Original Sentence:    140 months custody of the U.S. Bureau of Prisons, followed by a 5 year term of supervised release. $100 special assessment; Special conditions: 1) Drug Treatment and Testing

Type of Supervision:    Supervised Release    Supervision Started:   July 1, 2022

---

### EARLIER COURT ACTION

July 1, 2022: The Court concurred with the modification of supervised release to include 6 months community confinement due to Mr. Sampsell being released from the Bureau of Prisons without a suitable residence.

August 15, 2022: The Court modified the conditions of supervised release to include the following conditions: no associating with anyone affiliated with the Aryan Brotherhood and submit to search.

---

### PETITIONING THE COURT

☐    To extend the term of supervision for ___ years, for a total of ___ years.

☒    To modify the conditions of supervision as follows:

The defendant shall not use or possess alcohol while attending substance abuse treatment.

RE:   **James Francis Sampsell**                                                                                        2
        Dkt. No.  **4:12CR00272-036**

## CAUSE

Mr. Sampsell was released to the Southern District of Texas on July 1, 2022, due to a sentence reduction as a result of the First Step Act. Mr. Sampsell did not have a verifiable residence to release to at the end of his term of incarceration. The Court concurred with the recommendation the conditions of supervision be modified to include 6 months community confinement  so that he could secure a suitable and stable residence while at the residential re-entry center. While he was in the halfway house, he submitted a relocation request to reside in the Western District of Texas as he had secured employment and a residence in Odessa, TX. The Western District of Texas accepted supervision of Mr. Sampsell but is requesting the above listed condition be included to his terms of supervision. Additionally, the Western District of Texas is requesting Transfer of Jurisdiction as Mr. Sampsell has secured stable employment and residence. He does not have any ties to the Southern District of Texas.

Mr. Sampsell has indicated his agreement with this proposed modification by executing the attached Waiver of Hearing to Modify Conditions.

It is recommended that the modification be ordered, and Transfer of Jurisdiction be initiated. A Form 22 to transfer jurisdiction has been included.

Approved:                                                  Respectfully submitted,

_____          By:  _____
Scott Cooper, Supervising                              Scott Cooper, Supervising
United States Probation Officer                       United States Probation Officer
                                                                      October 11, 2022

Name of Offender: James Francis Sampsell
Case Number: 4:12CR00272-036
Page Number: 3

THE COURT ORDERS:

[ ]     No Action

[ ]     Extended Supervision as Noted

[✓]    Modify Conditions as Noted

[ ]     Other:


Sim Lake
Senior U.S. District Judge

October 13,2022

Date

PROB 49
(05/00)

RE:    SAMPSELL James Francis
       Dkt. No.  4:12CR00272-036

# UNITED STATES DISTRICT COURT
## for
## Southern District of Texas

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to the following modification of my Conditions of Probation/Supervised Release or the proposed extension of my term of supervision:

The defendant shall not use or possess alcohol while attending substance abuse treatment.

Witness

Date  10/12/22

Probationer/Supervised Releasee

Date  10-12-22